UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| GARY ERRERA,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>Plaintiff,<br>v<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Civil Action, File No.<br>2:17-cv-01250-JFB-ARL |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

Hinshaw & Culbertson LLP

By: /s/ Matthew B. Corwin
800 Third Avenue, 13th Floor
New York, NY, 10022
212-471-6220
mcorwin@hinshawlaw.com
*Attorneys for Defendant*